```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
CARL SCHMITT,                                     :
                                                  :
                        Plaintiff,                :       24 Civ. 7191 (JPC)
                                                  :
            -v-                                   :              ORDER
                                                  :
LONG ISLAND RAILROAD COMPANY,                     :
                                                  :
                        Defendant.                :
                                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The parties are directed to file a joint status letter in accordance with Paragraph 18 of the Case Management Plan, Dkt. 11, by August 15, 2025.

    SO ORDERED.

Dated: August 8, 2025  
       New York, New York

                                                  JOHN P. CRONAN  
                                           United States District Judge