UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARL SCHMITT,

                              Plaintiff,                        24 Civ. No. 7191 (JPC)

        -against-                                      **PRE-SETTLEMENT**
                                                                **CONFERENCE ORDER**

LONG ISLAND RAILROAD
COMPANY,

                              Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, September 10, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 942 342 167#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in November 2025, except November 5 and 10.

      **SO ORDERED.**

DATED:    New York, New York
                 August 21, 2025

                                                           _____
                                                           The Honorable Gary Stein
                                                          United States Magistrate Judge